**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**DOCKET NO. 5:13CR32**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **SCHEDULING ORDER** |
| v. ) | |
| ) | |
| **LEONARD CHARLES BERNARD** ) | |
| ) | |

This matter having come before the Court on Defendant's Motion to Suppress Tangible Evidence and Statements, pursuant to Fourth and Fifth Amendments to the United States Constitution and Federal Rule of Criminal Procedure 12(b)(3) filed with the Court on September 13, 2013. The Defendant requests a hearing on this Motion.

**IT IS HEREBY ORDERED** that the Motion of the Defendant to Suppress Tangible Evidence and Statements is hereby set for hearing on November 13, 2013, at 9:00 AM in the Statesville Courthouse, 200 West Broad Street, Statesville, North Carolina 28677, prior to jury selection.

Signed: October 22, 2013

Richard L. Voorhees
United States District Judge