IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:13CR32-RLV-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> LEONARD CHARLES BERNARD, ) </br> ) </br> Defendant. ) | **ORDER OF FORFEITURE** |

THIS MATTER is before the Court on the Government's oral Motion for forfeiture of a firearm and ammunition.

THIS COURT FINDS AS FOLLOWS:

1. The Bill of Indictment (Doc. 1) in this case charged Defendant with, amongst other violations, possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c). The Indictment also provided notice that property was subject to forfeiture pursuant to 18 U.S.C. § 924(d) and specifically contained a Grand Jury finding that there was probable cause that a Springfield Armory Sub Compact 9mm handgun with magazine and ammunition, was subject to forfeiture.

2. The Defendant was found guilty, in a trial by jury, of knowingly possessing a firearm in furtherance of a drug trafficking crime, a violation of 18 U.S.C. § 924(c).

IT IS THEREFORE ORDERED that, for purposes of Fed. R. Crim. P. 32.2, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), and based on the Indictment and Grand Jury finding of probable cause, verdict of guilty, oral Motion, and record, the Government has established the following

property is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

**One Springfield Armory Geneseo IL XD, sub compact 9mm pistol, bearing serial number XD244307, with magazine and ammunition.**

Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a substitute for published notice as to those persons so notified.

Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture. If no individual or entity files a petition, this Order shall become final by operation of law.

SO ORDERED this 30 day of October, 2017.

HON. RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE